Gregory B. Collins (#023158)
gbc@kflawaz.com
KERCSMAR & FELTUS PLLC
6263 N. Scottsdale Rd, Suite 320
Scottsdale, Arizona 85250

Nicholas S. Lee (*Pro Hac Vice to be filed*)
BISHOP & DIEHL, LTD
1750 East Golf Road, Suite 390
Schaumburg, Illinois 60173

Attorneys for Defendant and Conterclaimant Community Insurance Agency, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Insubuy, Inc. | No. _____ |
| Plaintiff, | (Case No. 10-03925 Pending in the Federal District Court for the Northern District of Illinois) |
| v. | |
| Community Insurance Agency, Inc., Ramesh J. Patel, Gubman N. Moore, Inc. and Robert M. Chorzepa, | **MOTION TO OPEN MISCELLANEOUS CASE** |
| Defendants/Counterclaimants. | |
| Community Insurance Agency, Inc. | |
| Counterclaimant, | |
| v. | |
| Insubuy, Inc. and Narendra Khatri, | |
| Defendants/Counterclaimants. | |

Movant Community Insurance Agency, Inc. ("CIA") a foreign corporation, files this Petition to Open Miscellaneous Action and states as follows:

## PARTIES

1. CIA is a foreign corporation.

2. Insubuy, Inc. is a foreign corporation.

3. Domains By Proxy, Inc. is an Arizona Corporation who owns and operates DomainsByProxy.com.

4. Go Daddy, Inc. is an Arizona Corporation who owns and operates godaddy.com.

## JURISDICTION

5. Jurisdiction is proper in this Court under 28 U.S.C. §§ 1331, and 1338(a).

6. Venue is proper in this Court because Insubuy, Inc., plaintiff in Case No. 10-03925 pending in the Northern District of Illinois (hereinafter "the Illinois Action"), has served subpoenas related to the Illinois Action on Arizona residents seeking production of documents and things in Arizona.

## RELIEF REQUESTED

7. On June 24, 2010, Insubuy, Inc. brought suit against CIA, Ramesh J. Patel, Robert M. Chorzepa, and Gubman N. Moore, Inc. in the Federal District Court for the Northern District of Illinois alleging claims for trademark infringement and cybersquating involving 52 allegedly infringing domains.

8. A true and accurate copy of the Complaint in the Illinois Action is attached as Exhibit 1.

9. On September 9, 2010, the Federal District Court for the Northern District of Illinois in the Illinois Action entered the Protective Order attached as Exhibit 2.

Kercsmar & Feltus PLLC
6263 N. Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
(480) 421-1001

Kercsmar & Feltus PLLC
6263 N. Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
(480) 421-1001

10. On December 22, 2010, Insubuy, Inc. caused subpoenas to be issued in the Federal District Court for the District of Arizona to Domains by Proxy, Inc. and Go Daddy, Inc. True and accurate copies of the subpoenas are attached as Exhibit 3-4.

11. The subpoenas attached as Exhibits 3-4 seek production of documents and things from Arizona residents in Arizona.

12. CIA seeks to quash the subpoenas attached as Exhibit 3-4 because the subpoenas: (1) violate the Protective Order entered in the Illinois Action; (2) seek confidential and trade secret information; (3) seek to improperly shift the burden of production; (4) seek information that is neither relevant nor likely to the lead to the discovery of admissible evidence in the Illinois Action; and (5) are overly broad.

13. In order to quash the subpoenas attached as Exhibits 3-4, CIA respectfully requests that the Court open a miscellaneous action.

14. CIA has attached hereto its proposed Motion to Quash Subpoena Duces Tecum Issued to GoDaddy, Inc. and Motion to Quash Subpoena Duces Tecum Issued to Domains by Proxy, Inc. CIA requests that these motions be filed by the clerk of the Court once the Court opens a miscellaneous action.

DATED this 19th day of January, 2011.

KERCSMAR & FELTUS PLLC

By  *s/ Gregory B. Collins*
Gregory B. Collins
6263 N. Scottsdale Rd, Suite 320
Scottsdale, AZ  85250

Attorneys for Community Insurance Agency, Inc.

**CERTIFICATE OF SERVICE**

I certify that on January 19, 2011, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing.

COPIES of the foregoing mailed
this 19th day of January, 2011, to:

GODADDY.COM, INC.
c/o Sherry Delgado
14455 N. Hayden Road, #219
Scottsdale, Arizona 85260

DOMAINS BY PROXY, INC.
c/o Sherry Delgado
14455 N. Hayden Road, #219
Scottsdale, Arizona 85260

Amanda Greenspon
Fritz L. Schweitzer, III
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905
Attorney for Insubuy, Inc. and Narandra Khatri

By   *s/ Gregory B. Collins*